FILED
AUG 27 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NUMBER 18-mj-4029-RJD |
| | ) FILED UNDER SEAL |
| BRYSON LEVI KNOBELOCH, | ) |
| Defendant. | ) |

### CRIMINAL COMPLAINT

I, Raymond B. Hart, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Count 1**
**(Attempted Enticement of a Minor)**

From on or about August 10, 2018, until on or about August 13, 2018, the defendant,

**BRYSON LEVI KNOBELOCH,**

in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a Samsung cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under 720 Ill. Comp. Stat. Ann. 5/11-1.60, Aggravated Criminal Sexual Abuse, in violation of 18 United States Code, Section 2422(b).

1

I further state that this complaint is based on the following facts:

## INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. I am currently assigned to the Springfield, Illinois Division of the FBI where, for the past approximate 3 years, I have been assigned to work investigations related to violent crimes against children. Prior to this assignment, I was assigned to the Chicago, Illinois Division of the FBI for approximately 5 years where I conducted public corruption investigations. Prior to joining the FBI, I was an Assistant Commonwealth Attorney for the Commonwealth of Kentucky. In addition to a law degree, I have a Bachelor's degree in Criminal Justice. I have received law enforcement training from the FBI Academy at Quantico, Virginia. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate Child Exploitation offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, receipt, and/or transportation of images of child pornography and the solicitation and extortion of children to produce sexually explicit images of themselves. I have also investigated and assisted in the investigation of matters involving individuals using facilities of interstate commerce to knowingly persuade, induce, and entice minors to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and conducted interviews of defendants and witnesses, and have served as an undercover agent in online child pornography

2

cases. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that BRYSON LEVI KNOBELOCH committed violations of Title 18, United States Code, Section 2422(b).

## STATUTORY AND LEGAL AUTHORITY

4. This investigation concerns violations of Title 18, United States Code, Section 2422(b), relating to the enticement or the attempted enticement of minors to engage in prostitution or any sexual activity for which any person can be charged. Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

    a. 18 U.S.C. 2242(b) prohibits using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce any individual who has not attainted the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged, or attempt to do so.

    b. The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

5.   On approximately August 10, 2018, an FBI Undercover Employee ("UCE") was conducting an undercover investigation on the "Meet 24" online dating application. UCE posted a profile of a female which indicated that the female's name was "Lyla" and was 14 years old.

6.   Also on August 10, 2018, an individual, later identified as BRYSON LEVI KNOBELOCH ("**SUBJECT**"), date of birth June 19, 1997, initiated a conversation with "Lyla" on Meet 24 by saying "hi." The **SUBJECT** was using the profile name "Bryson" and indicated his age was 21. On August 12, 2018, UCE responded to the **SUBJECT**'s message with "hi." During the conversation on August 12, 2018, the **SUBJECT** solicited UCE for sex. The **SUBJECT** was notified that UCE was 14 years old. Although the **SUBJECT** was told that UCE was 14 years old, the **SUBJECT** continued to pursue UCE for sex.

The following conversation occurred on August 12, 2018:

UCE:  Where r u from

**SUBJECT**:  Carbondale Illinois u

**SUBJECT**:  an how old r u

UCE:  awesome. I live in Energy. 14 yo

UCE:  how old r u?

**SUBJECT**:  21

UCE:  cool. You can buy me vodka. lol.

**SUBJECT**:  I didn't realize u so young an yea I'll do it

UCE:  sweet!!! I'm not to young am I?

**SUBJECT**:  y u say that

4

UCE: I don't think I'm very young lol.

**SUBJECT**: Ur not but u fine asl

UCE: Thanks. Got a pic that shows your facem

**SUBJECT**: Yeah hold up

UCE: ok

**SUBJECT** then sent UCE a picture of himself wearing sunglasses and smoking a cigarette. The conversation then continued:

**SUBJECT:** Bryson Knobeloch

**SUBJECT:** That's my fb

UCE: k

**SUBJECT:** did u want to b my girl or something

UCE: maybe. Lol. You interested?

**SUBJECT**: yea

UCE: What do I get if I'm your grl

**SUBJECT**: anything

**SUBJECT**: weed vodka

UCE: then I Want to be your grl lol

**SUBJECT**: Love affection

**SUBJECT**: send me pics of u

UCE: Can you give me something? I'd like to know a li

**SUBJECT**: Hispanic and fit

UCE: ok

**SUBJECT**: so wen do u want to get fucked up

5

UCE: tomorrow or Tuesday.  I start school on Wednesday

UCE then sent the **SUBJECT** a photograph of a fully clothed adult female.  The conversation then continued:

**SUBJECT**: Ok I'll b in Marion so

**SUBJECT**: fine asf

UCE: thanks

**SUBJECT**: tomorrow

**SUBJECT**: I'll pay for u to get to Marion

UCE: mom works from 730 to 430

**SUBJECT**: Ok

UCE: Just pick me up

**SUBJECT**: I ain't go no car but I'll just pay for u

UCE: ok.  pay for me to what?  lol.

**SUBJECT**: what u wanna do tomorrow an I'll pay for a taxi for u to get here to marion

UCE: aweaome.  I'm down for whatever

**SUBJECT**: u ever done anything u know what I mean

UCE: I think I do and yeahvi have.

**SUBJECT**: u want to

UCE: idk.  maybe.  do you?

**SUBJECT**: Yeah I do I really do

UCE: you'll have weed and vodka?

**SUBJECT**: Yeah

UCE: Where would we go?

6

**SUBJECT**: u ain't got to worry

**SUBJECT**: I already know

UCE: know what?

**SUBJECT**: where we go to do that

UCE: where

**SUBJECT**: I got ppl that will let me in they house to do it

UCE: You couldn't tell anybody tho

**SUBJECT**: ok an u can say nothing either

**SUBJECT**: can't say nothing either

UCE: no way. lol.

**SUBJECT**: Ok u like it rough or what

UCE: Not really. gentle. I'm not that experienced

**SUBJECT**: Ok baby girl

**SUBJECT**: u on birth control

UCE: no. You would have to use a condom

**SUBJECT**: Ok

**SUBJECT**: u gone fall n love I'm telling u

UCE: You can pick me up and bring me home?

**SUBJECT**: I don't have a vehicle an I'll just get u a taxi

**SUBJECT**: I'll pay for u to get here an home

UCE: ok. What time

**SUBJECT**: 10am

UCE: I've never been in a taxi. can it pick me up from the park?

**SUBJECT**: Yeah it can

UCE: cool

**SUBJECT**: Yeah do u suck

UCE: I have before

**SUBJECT**: u any good at it

UCE: I think so

**SUBJECT**: well imam have u do it

**SUBJECT**: u ok w that

UCE: for wee and vodka……sure

**SUBJECT**: u already getting that so don't sell ur body for stuff like that but I'm a mf freak

UCE: lol. Ok

**SUBJECT**: what kind of stuff u like

UCE: Just regular. I don't have a lot of experience. I do like oral.

**SUBJECT**: I can eat u out

**SUBJECT**: have u ever had ur ass ate I'm a lot of girls love that u might js

**SUBJECT**: ik*

UCE: I have not donevthat

**SUBJECT**: I'll do it to u

**SUBJECT**: u got a big ass an tits

UCE: Not really. average I guess. You have a big penis?

**SUBJECT**: a nice size stay on I'll brb

UCE: ok

8

**SUBJECT**: I'm back baby

UCE: ok

UCE: so where am I meeting you

**SUBJECT**: at McDonald's in marion

UCE: ?? We gonna walk fro there or something

**SUBJECT**: Yeah

**SUBJECT**: what's that pussy look like

UCE: shaved

**SUBJECT**: can I see ur kitty cat

UCE: tomorrow you can lol

**SUBJECT**: Ok baby love u

UCE: ☺

**SUBJECT**: Wyd

**SUBJECT**: Lol momma

UCE: nothing. Getting ready to watch tv with mom

UCE: so are you really serious about tomorrow?

**SUBJECT**: yes I am

**SUBJECT**: an r u really going to show up

UCE: yeah. if you pay for the taxi

**SUBJECT**: Ok baby

UCE: have it pick me up at Energy park

**SUBJECT**: Ok I will

7.     On August 13, 2018, the **SUBJECT** again initiated contact with UCE on Meet 24. The following conversation occurred:

**SUBJECT**: can I see more pics of u

UCE then sent the **SUBJECT** a picture of a fully clothed adult female. The conversation then continued:

**SUBJECT**: is that what ur wearing

UCE: I guess I can if you want

**SUBJECT**: Ok yea I'd like for u to look good for me like have a belly shirt an some leggings to show ur camel toe an ur ass dress sexy asf for me

UCE: ok. I can do that

**SUBJECT**: but for me

**SUBJECT**: Ok I want u to honestly look lil hoeish

UCE: ok I will ☺

**SUBJECT**: I'll be back I brb eat no wifi till I get back so stay on

UCE: ok

UCE: You calling me a taxi?

**SUBJECT**: have to wen I get back into Marion

UCE: ok

**SUBJECT**: Yeah

**SUBJECT**: hey

UCE: hi

**SUBJECT**: wyd baby

**SUBJECT**: imam get u on rides mass transit district

UCE: getting ready

UCE: what's that?

**SUBJECT**: Ok 1130 the earlies and 1230 latest

**SUBJECT**: it's a bus cost 2 dollars to Marion and 2 dallors back home

UCE: oh. does it go to McDonald's

**SUBJECT**: yes

UCE: Where does it pick up

**SUBJECT**: anywhere in ur town and drops off anywhere in Marion

UCE: how do I have it pick me up at the park

**SUBJECT**: just call I'll look up the number

UCE: k

**SUBJECT**: (618) 253-8761

UCE: ok ill call it

**SUBJECT**: Ok

**SUBJECT**: tell them ur address an where ur going to b dropped off

**SUBJECT**: hey I don't got no protection

UCE: that's a problem. can you get some?

**SUBJECT**: no I can't I don't know what to do I'd still like to but u know

**SUBJECT**: I can pull out

UCE: You got the week and vodka

**SUBJECT**: I'll b getting it wen u come ok

UCE: ok. You can't borrow a condom?

**SUBJECT**: been asking ppl no one got any

11

UCE: You picking me up

SUBJECT: I'll send that bus out there

UCE: You picking up at mcdonalds? The bus can drop me off at 1240

SUBJECT: Ok I'll b there ok

UCE: Where are we going

UCE: someplace alone?

SUBJECT: Yea we can go to the mall sneak in the bathroom

UCE: I don't know about that. You don't have anywhere for us to go and you don't drive?

SUBJECT: but look imam b a lil rough on u an I may I'm not sure

UCE: I don't think your serious. Your fucking with me.

SUBJECT: Ok think what u want but u'll b missing out not me

UCE: but you have no place to go?

SUBJECT: I may be able to have my friend pick me up an we can got do it there

UCE: are you in Marion now

SUBJECT: Johnston city

UCE: so should I go or not?

SUBJECT: Yes u should

SUBJECT: cuz w can do it in the back seat then at his girls an his place

UCE: ok. just don't bull shot me.

SUBJECT: I won't cuz I like u a lot an how r u dressed

UCE: sexy like lol

SUBJECT: let me see if ur ok with that

12

UCE: ??? what do you mean?

SUBJECT: can u take a pic of what ur dressed like

UCE; why? You afraid I'm not sexy enough

SUBJECT: no I know u are baby I just want to see how sexy u r

UCE: You will if you actually show. I think you may be fucking with me

SUBJECT: well I'm n a sky blue shirt with the orange Jordan sign on the front w black shoes an pants

UCE: ok.

SUBJECT: I'll be there

UCE: k. I'm in a Jean skirt and white tank.

SUBJECT: Oh

SUBJECT: Ok I'll see u then

UCE: should be there at 1240. find a condom.

SUBJECT: Ok

SUBJECT: what if I can't get a condom

SUBJECT: what r we gone do then

UCE: seriously? It's not that hard. Buy one

SUBJECT: Ok ok sorry I'll get one

UCE: Bus is now picking me up at 1130. Be there at 1210.

SUBJECT: Ok baby I'll b omw in a min

UCE: ok. don't leave me there

SUBJECT: I won't

UCE: should I meet you inside?

**SUBJECT**: Yeah

**SUBJECT**: waiting on my ride to bring me an drop me off

UCE: ok

**SUBJECT**: then I got to call another friend of mine so he could pick me up

UCE: You know where we're going yet

**SUBJECT**: here soon I'm leaving now I won't have wifi till I get there

UCE: me either. Where are we going?

UCE: I'll see you there

UCE: Bus is here

**SUBJECT**: I'm on deyoung McDonald's west

UCE: Where are you

**SUBJECT**: I'm inside

**SUBJECT**: u at the play place Mcdonald's

8.  Shortly after the **SUBJECT** notified OCE that he was inside of McDonald's, the affiant and another FBI Special Agent walked into the McDonald's and observed the **SUBJECT** sitting inside wearing a light blue t-shirt with the an orange "Air Jordan" emblem on it. The affiant observed the **SUBJECT** looking at Meet 24 on his cellular telephone. The affiant requested that the **SUBJECT** go outside to the affiant's vehicle, and the **SUBJECT** complied. The affiant then asked the **SUBJECT** if he would consent to an interview, and the **SUBJECT** agreed to be interviewed. Prior to being interviewed, the **SUBJECT** was provided his Constitutional Advice of Rights and was told on multiple occasions that he was free to leave at any time. The **SUBJECT** was then interviewed in the affiant's vehicle. The **SUBJECT** was never handcuffed at any time prior to or during the interview.

9.  During the course of the interview, the **SUBJECT** admitted that he had been talking to "Lyla" on the online dating application "Meet 24." The **SUBJECT** uses the profile name "Bryson" on Meet 24. The **SUBJECT** said that he at first did not notice Lyla's age but later Lyla told the **SUBJECT** she was 14 years old. The **SUBJECT** said he came to the McDonald's not to have sex with Lyla but just to "hang out" with her. However, the **SUBJECT** agreed his conversation with Lyla on Meet 24 indicated that he was to meet Lyla at McDonald's, so they could go somewhere to have sex. The **SUBJECT** admitted that he had asked, during his conversation on Meet 24 with Lyla, that Lyla perform oral sex on him. The **SUBJECT** agreed that Lyla would think that she was meeting the **SUBJECT** at McDonald's to have sex with him. The **SUBJECT** said he "probably" asked Lyla to show him a picture of her vagina as well, but he did not specifically recall. The **SUBJECT** agreed that the conversation between himself and Lyla on Meet 24 is accurate and all of the messages from his account were written by him. The **SUBJECT** acknowledged that he used his Samsung cellular telephone to communicate with Lyla on Meet 24.

10. Williamson County is located within the Southern District of Illinois.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that between August 10, 2018 and August 13, 2018 the **SUBJECT** using a facility and means of interstate commerce, mainly his cellular telephone, knowingly attempted to persuade, induce, and entice an

15

individual who had not attainted the age of 18 years, to engage in a sexual activity for which a person could be charged in violation of 18 U.S.C. 2422(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Raymond B. Hart, Special Agent
Federal Bureau of Investigation

State of Illinois       )
                        ) SS.
County of Franklin      )

Sworn to before me and subscribed in my presence on the 27th day of August, 2018, at Benton, Illinois.

_____
REONA J. DALY
United States Magistrate Judge

_____
GEORGE NORWOOD
Assistant United States Attorney