IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
SEP 05 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER 18-CR-40062-JPG |
| vs. ) | |
| ) | |
| BRYSON LEVI KNOBELOCH, ) | Title 18, United States Code, |
| ) | Section 2422(b) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1
### Attempted Enticement of a Minor

From on or about August 10, 2018, until on or about August 13, 2018, the defendant,

**BRYSON LEVI KNOBELOCH,**

in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a Samsung cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under 720 Ill. Comp. Stat. Ann. 5/11-1.60, Aggravated Criminal Sexual Abuse, in violation of 18 United States Code, Section 2422(b).

**A TRUE BILL:**



FOREPERSON

/s/ *(signature)*
STEVEN D. WEINHOEFT
United States Attorney

/s/ *(signature)*
GEORGE NORWOOD
Assistant United States Attorney

Recommended Bond: Detention